DOCKET# 15
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JAN 15 2008

FILED
THERESA M. OWENS, CLERK
CASE#

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC as successor-by-merger to to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| UNIQUE MANUFACTURING, INC. and KEN JAGLINSKI, individually, | )<br>)<br>) |
| Defendants. | ) |

Case No. 07-C-0351-C

Judge Barbara Crabb

Magistrate Judge Stephen Crocker

## ~~PROPOSED~~ JUDGMENT ORDER

This matter coming to be heard on status and scheduling conference pursuant to the Court's Order granting Plaintiff's Motion to Compel discovery responses, Defense Counsel appearing and presenting no objection to the entry of judgment in favor of Plaintiff, all parties receiving due notice, the court being fully advised in the premises and having jurisdiction over the subject matter;

IT IS HEREBY ORDERED that Judgment is entered in favor of NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC, as successor-by-merger to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION ("National City") and against Defendants, UNIQUE MANUFACTURING, INC. and KEN JAGLINSKI, jointly and severally, as follows:

(a) For money damages in the amount of $244,949.15, plus 12% interest per annum ($80.53 per diem) accruing from the date of Judgment until paid;

(b) Awarding National City its attorneys' fees and costs in the amount of $10,031.25;

IT IS FURTHER ORDERED that National City is entitled to foreclose on the security interest as follows:

(a) Defendants are directed to turn over possession of 1 Kia SKT Turning Center Serial Number 0027 (the "Equipment") as leased under the Lease Agreement to National City or its agents within twenty-one (21) days of this Court's Order and the Federal Marshall is hereby directed to use all necessary force to repossess the Equipment, or any part thereof, from Defendants at 591 N. Burr Oak Avenue, Oregon, Wisconsin 53575, or wherever it may be found;

A TRUE COPY, Certified
MAR - 3 2008
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By_____
Deputy Clerk

1

Copy of this document has been provided to: counsel
this _____ day of _____ 20___
by_____
S. Vogel, Secretary to
Judge Barbara B. Crabb

(b) In the event that the Equipment is made unavailable to National City or its agents, additional money damages will be awarded in favor of National City and against Defendants for the value of the Equipment as established at a hearing on a post judgment motion before this Court on the matter of the value of the Equipment;

Dated: 1-11-08

Entered:

*[signature]*

Honorable STEPHEN CROCKER
MAGISTRATE JUDGE

Order Prepared By:
Vincent T. Borst
Jennifer E. Gaylord
Askounis & Borst, P.C.
Two Prudential Plaza
180 N. Stetson St., Suite 3400
Chicago, IL 60601
PH: (312) 861-7100
FAX: (312) 861-0022
vtborst@askborst.com
jgaylord@askborst.com

2