# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC, as successor to National City Commercial Capital Corporation,**
    Plaintiff,
 v.              Case No. 08-MC-29

**UNIQUE MANUFACTURING, INC. and KEN JAGLINKSI,**
    Defendants.

## DECISION AND ORDER

On April 15, 2011, National City Commercial Capital Company, LLC filed a motion for issuance of citation to discover assets to defendants Unique Manufacturing, Inc. and Ken Jaglinski. Defendants have not filed a response in opposition to the motion and the time for doing so has expired. Therefore, the court deems the motion unopposed and will grant it as follows:

 1. On **June 8, 2011 at 2:30 p.m.** Ken Jaglinski shall appear in court and provide testimony concerning the assets of Unique Manufacturing, Inc. and his individual assets. The testimony will be held in Courtroom 390 of the United States Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI 53202. Plaintiff's counsel shall engage a court reporter and be prepared to have the testimony taken in the form of a deposition recorded without the presence of a judge. The undersigned will be available to rule on objections, if necessary.

 2. Jaglinski shall bring with him to court the information described in the Rider attached to this order.

 3. Counsel for plaintiff shall ensure that notice of this order is served upon Unique

Manufacturing and Ken Jaglinski and file proof of such service with the court.

Dated at Milwaukee, Wisconsin, this 25th day of May, 2011.

/s_____
LYNN ADELMAN
District Court Judge

**RIDER TO CITATION TO DISCOVER ASSETS DIRECTED TO JUDGMENT <u>DEBTORS UNIQUE MANUFACTURING, INC. AND KEN JAGLINSKI</u>**

YOU ARE COMMANDED to produce at the examination described in this Order each and all of the following documents:

1. All records of all bank accounts and money market accounts of every kind in which you have any ownership or any interest of any kind, including checking accounts, savings accounts, trust accounts and certificates of deposit for the last 5 years, specifically including bank statements and canceled checks.

2. All records of all real estate owned by you or in which you have or claim any interest of any kind, or had an interest during the last 5 years.

3. All records of all trusts in which you have or claim any interest, either as trustee or beneficiary or remainderman or otherwise, including irrevocable trusts, totten trusts, trust accounts and land trusts, or had an interest during the last 5 years.

4. All stocks and bonds owned by you or in which you have or claim any interest, including common stocks, preferred stocks, corporate bonds, municipal bonds, treasury notes, savings bonds, treasury bills, treasury bonds, stock warrants, debentures, and mutual funds, or had an interest during the last 5 years.

5. All records of your accounts receivable for the last 5 years.

6. All records of money and other assets which are owed to you.

7. All records of vehicles owned by you or in which you have or claim any interest, including cars, automobiles, trucks, tractors and other motor vehicles of any kind, or had an interest during the last 5 years.

8. All records of personal property, including financial instruments or accounts owned by you or in which you claim any interest of any kind, or had an interest during the last 5 years.

9. All records of any and all other assets of any kind owned by you or in which you claim an interest of any kind, or had an interest during the last 5 years.

10. Your Federal Income Tax Returns for the last 5 years.

11. Your financial statements for the last 5 years.

12. A list of all of your assets of whatsoever kind, nature and description.

13. Any and all insurance policies which insure any of your real or personal property from any perils of loss, whether from theft, fire, mysterious disappearance or otherwise.

14. Any and all documents pertaining to loans made in the last 5 years to you or secured by real or personal property owned by you.

15. Any and all records pertaining to securities or futures or commodities instruments or accounts in which you have an interest, or had an interest during the last 5 years.